# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER LYNN HUGHES,<br><br>    Defendant. | Case No. 3:21-cr-00002-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 141. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Counts 2 and 3 of the First Superseding Indictment, Distribution of Controlled Substances, which are violations of 21 U.S.C. § 841(a)(1) and (b)(1)(B). Defendant also admitted to the Criminal Forfeiture Allegation.

Judge Scoble issued a Final Report and Recommendation at Docket 149, in which he recommended that the District Court accept Defendant's plea of guilty to Counts 2 and 3 of the First Superseding Indictment and accept Defendant's

admission to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Counts 2 and 3 of the First Superseding Indictment and Defendant is adjudged GUILTY of Counts 2 and 3. The Court also ACCEPTS Defendant's admission to the Criminal Forfeiture Allegation. An Imposition of Sentence hearing has been scheduled for **March 14, 2023, at 10:30 a.m.** in Anchorage Courtroom 2 before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 6th day of January, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00002-SLG-MMS, *United States v. Hughes*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00002-SLG-MMS   Document 153   Filed 01/06/23   Page 2 of 2